**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 01-6335

NICHOLAS WARNER JONES,

                                        Plaintiff - Appellant,

        versus

DENNIS DUSING; WILLIAM W. SONDERVAN; JANE DOE;
JOHN DOE; PATRICK CONROY; ANGELO LEE, Lieu-
tenant C.O. IV; DEBRA HOOD, Nurse; JULIUS
BOATENG, M.D.; EMSA CORRECTIONAL CARE, INCOR-
PORATED; JOHN MOSS; JACK KAVANAGH,

                                        Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Benson E. Legg, District Judge.  (CA-00-
1644-L)

Submitted:  April 12, 2001          Decided:  April 23, 2001

Before NIEMEYER, WILLIAMS, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Nicholas Warner Jones, Appellant Pro Se.  John Joseph Curran, Jr.,
Attorney General, Sharon Stanley Street, Assistant Attorney Gen-
eral, Baltimore, Maryland; Donald Joseph Crawford, GODARD, WEST &
ADELMAN, P.C., Rockville, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Nicholas Jones appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint, and a subsequent order denying as moot his motion to amend the complaint. We have reviewed the record and the district court's opinion and orders and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See <u>Jones v. Dusing</u>, No. CA-00-1644-L (D. Md. filed Feb. 14, 2001, entered Feb. 15, 2001; filed Feb. 21, 2001, entered Feb. 22, 2001).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>